4560 JPS NI131

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DIANNA CARLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 CV 6656 |
| | ) | |
| MAYFLOWER TOURS INC., | ) | |
| CAVALLO BUS LINES, INC. AND | ) | |
| MEL NICOLINI, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, to the above entitled cause, through their respective Attorneys, that this case be dismissed without costs to either party, all matters of controversy having been settled.

**IT IS FURTHER STIPULATED** that said Dismissal shall be with prejudice and shall be a bar to the bringing of any action brought on or including a claim for which this action has been brought.

Dated: January 29, 2014


/s/Jeffrey P. Gray (with permission)            /s/Jonathan P. Schaefer
Jeffrey P. Gray                                 Jonathan P. Schaefer
Attorney for Plaintiff                          PURCELL & WARDROPE, CHTD.
                                                Attorney for Defendants


/s/ Wayne Giampietro (with permission)
Wayne Giampietro
POLTROCK & GIAMPIETRO
Attorney for Mayflower Tours, Inc.



PURCELL & WARDROPE, CHTD.
10 S. LaSalle St., Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\4560 - Carlson\Settlement Docs\Stip2Dismiss.doc